UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NATALIA LA ROSA, PHOEBE CANEDA,
CATHERINE TIPLING, PRUSHTI DAVE,
ALENE BERGUM, EMILY DEPOL, KEYA
JOHNIGAN, BRIANNA MCKAY, AMIE ADAIR,
STEPHANIE MORALES, and NICHELLE WHITE,
on behalf of themselves and all others similarly
situated,

                   Plaintiffs,                   JUDGMENT
     v.                                           22-CV-5435 (RER) (JRC)

ABBOTT LABORATORIES, ALERE,
PROCTER & GAMBLE MANUFACTURING
COMPANY, SPD SWISS PRECISION
DIAGNOSTICS GMBH, CHURCH & DWIGHT
CO. INC., TARGET CORPORATION, CVS
PHARMACY, INC., WALGREEN CO.,
and WALMART, INC.
                   Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on May 7, 2024, granting Defendants' Motion to Dismiss the Third Amended Complaint; and dismissing the action in its entirety; it is

       ORDERED and ADJUDGED that Defendants' Motion to Dismiss the Third Amended Complaint is granted; and that this action is dismissed in its entirety.

Dated: Brooklyn, New York                              Brenna B. Mahoney
       May 9, 2024                                    Clerk of Court

                                                   By:    <u>/s/Jalitza Poveda</u>
                                                             Deputy Clerk